UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DAN FAUST AND DELIA FAUST | § § § § § § § § | |
| VS | | |
| FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY AND ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY | | CIVIL ACTION NO. 3:21-CV-00060 JURY TRIAL DEMANDED |

**DEFENDANT'S ORIGINAL ANSWER TO
PLAINTIFFS' COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Defendant Farmers Texas County Mutual Insurance Company ("Farmers") files this original answer to Plaintiffs' Complaint, and would show as follows:

**ANSWER**

1. Defendant admits that it issued an automobile policy of insurance to Plaintiffs.

2. Defendant would show that it intends to comply with the terms and conditions of the policy sued on and agrees to pay to Plaintiff any monies in which the plaintiffs may be entitled to recover as damages as determined by the Court and Jury. This Defendant specifically does not agree to waive any right it has under the policy of insurance sued on herein and insists on its rights as contained in said policy, including the definitions, conditions and exclusions contained therein.

3. This Defendant specifically states its liability is limited to the amount of uninsured/underinsured coverage purchased by the insured and reduced by any applicable reduction clauses or pro-rate clauses contained in said policy.

4. Subject to the admission above, Defendant asserts a general denial, as authorized by the Texas Rules of Civil Procedure, and respectfully requests the Court and Jury to require

Plaintiff to prove Plaintiff's claims, charges and allegations by a preponderance of the evidence, as required by the Constitution and law of the State of Texas.

5. Defendant specifically claims any credit or offset available from payments made by or on behalf of the alleged underinsured motorist.

6. Plaintiff has failed to provide Farmers pre-suit notice or exhaust their administrative remedies and, as such, this Court has no jurisdiction of this case and the claims are not ripe for consideration. Farmers admits the complaint purports to state a claim for relief under 28 USC 1332(a)(1) and jurisdiction pursuant to 28 USC 1391(b)(1)(2) as stated in Paragraphs 5&6.

7. Additionally, to the extent that Plaintiff's medical specials exceed the amount actually paid on Plaintiff's behalf, Defendant asserts the statutory defense set forth in Section 41.0105 of the Texas Civil Practice and Remedies Code. Thus, recovery of medical or health care expenses incurred by Plaintiff is limited to the amount actually paid or incurred by or on behalf of the Plaintiff.

8. Defendant respectfully demands a jury trial.

**PRAYER FOR RELIEF**

48. Upon final hearing or trial in this matter, Defendant FARMERS prays that the Court enter a judgment:

    a. Denying any and all relief requested by Plaintiffs against Defendant Farmers in this matter;

    b. Awarding any and all other relief to which Defendant Farmers is justly entitled and for which it shall ever pray.

Respectfully submitted,

WALTERS, BALIDO & CRAIN, L.L.P.

BY: /s/ Leigh M. Lewis
LEIGH M. LEWIS
FBN 876853
2500 Tanglewilde, Suite 250
Houston, Texas 77063
713/335-0285
lewisedocs@wbclawfirm.com

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Farmers demands a trial by jury of any issues triable thereby.

/s/ Leigh M. Lewis
LEIGH M. LEWIS

## CERTIFICATE OF SERVICE

This is to certify that on this 9th day of April, 2021, a true and correct copy of the above and foregoing was sent to all counsel of record.

/s/ Leigh M. Lewis
LEIGH M. LEWIS

Rich Melendez
MELENDEZ LAW, PC
PO Box 591249
Houston, Texas 77259
Via Email:    rich@carwreckhouston.com

T. Philip Washington
SUSAN L. FLORENCE & ASSOCIATES
811 Louisiana St., Suite 2400
Houston, Texas 77002
Via Email:    twatb@allstate.com
              HoustonLegal@allstate.com