Case 3:21-cv-00060   Document 11   Filed on 12/16/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 16, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| DAN FAUST AND DELIA FAUST § § | |
| VS § § | |
| FARMERS TEXAS COUNTY MUTUAL § INSURANCE COMPANY AND § ALLSTATE FIRE AND CASUALTY § INSURANCE COMPANY § | CIVIL ACTION NO. 3:21-CV-00060 |

## AGREED FINAL TAKE NOTHING JUDGMENT

On this date came on to be heard the above-styled and numbered cause, Plaintiffs Dan Faust and Delia Faust, appeared by and through their attorney of record, as reflected by the signature of counsel below, and announced that all matters in controversy and dispute with and as to Defendant Farmers Texas County Mutual Insurance Company have been conclusively settled and compromised.

It is accordingly ORDERED, ADJUDGED, DECLARED, and DECREED that Plaintiffs take nothing by their suit (and any claims asserted therein) against Defendant and all parties to this action go hence without delay, with all court costs being and are taxed against the party incurring same.

All relief not expressly granted herein is denied.

This Judgment is intended to be final for all purposes and disposes of all claims by Plaintiffs against Defendant.

Entered this __16__ day of __Dec.__, 2021.

_____
JUDGE PRESIDING

APPROVED AS TO FORM AND SUBSTANCE:

_____
Rich Melendez
MELENDEZ LAW, PC
PO Box 591249
Houston, Texas 77259
*Via Email:* *rich@carwreckhouston.com*
*Attorney for Plaintiffs*


/s/ Leigh M. Lewis
_____
Leigh M. Lewis
WALTERS, BALIDO & CRAIN LLP
2500 Tanglewilde, Suite 250
Houston, Texas 77063
*Email:* LewisEdocs@wbclawfirm.com
*Attorney for Defendant*